JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ANTONIO CINCO ORTEGA, | No. SA CV 16-02183-DOC (DFM) |
| Petitioner, | |
| v. | JUDGMENT |
| RON RACKLEY, Warden, | |
| Respondent. | |

    Under the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

Dated: August 22, 2017

_David O. Carter_

DAVID O. CARTER
United States District Judge